UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANIS GARRISON,

    Plaintiff,

v.                                             Case No:   2:14-cv-81-FtM-38CM

BRIDGESTONE RETAIL
OPERATIONS, LLC,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Bridgestone Retail Operations, LLC's Response in Compliance with the Court's Order to Show Cause (Doc. #5) filed on March 4, 2014. On February 18, 2014, the undersigned issued an Order questioning whether subject matter jurisdiction was proper in this case based upon the allegations of the Parties' citizenship and the amount in controversy. (Doc. #4; see also Doc. #1; Doc. #2). Based upon Defendant's response to the Order to Show cause, the Court finds this case is properly before it.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**ORDERED:**

The Court will take no further action on its Order to Show Cause. ([Doc. #4](#)).

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record